Matilde Ríos Ovalle, demandante y apelante, *v.* Manuel Rosaly y Hosta, et als., demandados y apelados.

No. 7059.—*Sometido:* Junio 10, 1935. *Resuelto:* Junio 14, 1935.

*F. Zapater* y *Raúl Matos,* abogados del apelante; *C. Olivieri,* abogado de los apelados.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Los apelados nos piden que desestimemos esta apelación porque el alegato de la apelante no cumple con las reglas 42, 43 y 60 de nuestro tribunal y porque los motivos de error son fútiles.

Una persona casada aceptó la obligación de pagar una pensión vitalicia a la demandante. Después de la muerte del obligado su viuda e hijos fueron demandados para el pago de tal pensión pero la corte condenó al pago solamente a la viuda, que se allanó a la demanda, por entender que como a ella le habían sido adjudicados bienes para satisfacer la pensión, había sido novada la obligación en cuanto a la persona obligada y que los hijos no tenían tal responsabilidad; conclusión que se alega ser errónea en el primer motivo del recurso. El segundo es por haber sido resuelto el conflicto

de la evidencia a favor de los demandados. El tercero se refiere a no haber sido impuestas las costas a los demandados.

El alegato de la apelante contiene una relación de la causa y una exposición separada de los errores atribuídos a la sentencia; y aunque argumenta conjuntamente los dos primeros motivos de error, esto no es causa para que desestimemos la apelación porque ambos se refieren a la suficiencia de la prueba para sostener la sentencia respecto a si demuestra que la obligación original fué novada por haber sido substituído el primitivo deudor por otra persona. En cuanto al referente a las costas, se limita la apelante a decir que la temeridad de los demandados es manifiesta; lo que a nuestro entender depende de si los hijos demandados son también responsables del pago de la pensión. No habiendo infringido la apelante las reglas 42 y 43 de este tribunal, no es de aplicación la 60; y no siendo fútiles los motivos de error alegados *debe declararse sin lugar la moción de desestimación de esta apelación.*